IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**SCOTT LOFTON**                                                                                     **PLAINTIFF**

**VERSUS**                                              **CIVIL ACTION NO.:** 2:23-cv-205-KS-MTP

**WAYNE COUNTY, MISSISSIPPI and**
**JASON WIGGINS in his individual and**
**Official capacity**                                                                                **DEFENDANTS**

### NOTICE OF REMOVAL

Comes now, Wayne County, Mississippi ("Movant"), by and through counsel, and files it's Notice of Removal of this civil action from the Circuit Court of Wayne County, Mississippi, to the United States District Court for the Southern District of Mississippi, Eastern Division. In support of the same, Movant would show unto the Court as follows:

1.  Upon information and belief, Wayne County was served process on November 16, 2023, in an action styled *Scott Lofton versus Wayne County, Mississippi and Jason Wiggins in his individual and official capacity*, Civil Action No.: CV-2023-206-C, in the Circuit Court of Wayne County, Mississippi. *See Complaint*, attached hereto as **Exhibit A** and incorporated herein by reference.

2.  Though thirty (30) days has expired since service, Counsel for Plaintiff has agreed he will not object to removal on the basis of this procedural defect.

3.  Plaintiff asserts **federal claims** against Movant pursuant to **Section 1983.** See *e.g.*, *Compl.* ¶ 32-42 & *Weekes v. Allstate Fire and Casualty Ins. Co.*, 2023 WL 5517222 (N.D. Texas).

4.	Movant hereby removes this case pursuant to 28 U.S.C. § 1331 as this Court has original jurisdiction over federal questions such as those alleged by the Plaintiff.

5.	Pursuant to 28 USCA 1446(b), Defendant Jason Wiggins consents to this removal pursuant to 1446(b).

6.	The United States District Court for the Southern District of Mississippi, Eastern Division has jurisdiction over this matter and is the proper venue for this action as the events allegedly giving rise to the suit occurred in Wayne County, Mississippi, and the Plaintiff's Complaint was filed in the Circuit Court of Wayne County, Mississippi.

WHEREFORE PREMISES CONSIDERED, Defendant, Wayne County, pray this Court accepts his Notice of Removal, and further prays for any other appropriate relief that this Court deems proper. Wayne County, Mississippi consents to this Removal.

**DATE:**	December 29, 2023.

			Respectfully submitted,

			**WAYNE COUNTY, MISSISSIPPI**

			BY:	/s/*William R. Allen*
				One of Its Attorneys

WILLIAM R. ALLEN (MSB # 100541)
KEVIN J. WHITE (MSB # 101619)
Allen, Allen, Breeland & Allen, PLLC
214 Justice Street
P. O. Box 751
Brookhaven, MS  39602-0751
Tel. 601-833-4361
Fax 601-833-6647
Email:  wallen@aabalegal.com
Email:  kwhite@aabalegal.com

## **CERTIFICATE**

I, the undersigned, of Allen, Allen, Breeland & Allen, PLLC, one of the attorneys of record for defendant, Wayne County, Mississippi, hereby certify that I have this day mailed, postage prepaid, a true and correct copy of the above and foregoing Notice of Removal to:

>Daniel M. Waide, Esq.
>Kirkendall Dwyer, LLP
>6565 Hwy 98 W, Suite 10
>Hattiesburg, MS 39402
>dwaide@kirkendalldwyer.com
>    *Attorney for Plaintiff*

This the 29th day of December, 2023.

>                            /s/*William R. Allen*
>                            OF COUNSEL