IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SCOTT LOFTON                                                       PLAINTIFF

VERSUS                                        CIVIL ACTION NO.: 2:23-cv-205-KS-MTP

WAYNE COUNTY, MISSISSIPPI and
JASON WIGGINS in his individual capacity                          DEFENDANTS

## FINAL JUDGMENT OF DISMISSAL

THIS CAUSE came to be heard on a joint *ore tenus* motion of parties that this matter be dismissed with prejudice and the Court, having considered the same, and it being made known that the parties have reached an agreement in this matter, finds that said Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above-captioned cause is hereby dismissed with prejudice in accordance with the parties' agreement, and each party shall bear their own costs.

SO ORDERED, THIS the __24th__ day of __June__, 2024.

                                                                                         Keith Starrett
                                                                     **UNITED STATES DISTRICT JUDGE**

Agreed to:

*/s/ William R. Allen*

William R. Allen (MSB #100541)
Kevin J. White (MSB #101619)
BUTLER SNOW LLP
1020 Highland Colony Parkway
Suite 1400
Ridgeland, MS 39157
Tel: 601-985-4235
Fax: 601-985-4500

will.allen@butlersnow.com
kevin.j.white@butlersnow.com
*Attorneys for Defendants*

_____
Daniel M. Waide (MSB# 103543)
Kirkendall Dwyer LLP
6565 Hwy 98 W, Suite 10
Hattiesburg, MS 39402
dwaide@kirkendalldwyer.com
*Attorney for Plaintiff*

88281171.v1